# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 1:22-CR-0208-01 |
| v. | : |
| CHRISTOPHER SANCHEZ | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 3rd day of April, 2025, in accordance with the accompanying memorandum of law, **IT IS ORDERED THAT** Defendant's motion to dismiss, Doc. 46, is **DENIED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania